J. C. F. Holding Corporation et al., Appellants, and Helen H. Smith, Intervener, Plaintiff-Appellant, as Holders of Class A Common Stock of General Gas & Electric Corporation, Suing on Behalf of Said Corporation and All Other Stockholders Similarly Situated, v. General Gas & Electric Corporation et al., Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 283.] [See post, p. 889.]

Floy M. Neff, Appellant, v. 24 West 48th Street Corporation, Respondent, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. The question of defendant-respondent's negligence should have been submitted to the jury. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.